B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    **Fishbein Family, LLC** _____,    Case No. ___**11-34514**_____
                        Debtor

                        Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 12,478.35 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 13,406,380.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 82,108.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,892,747.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 12,478.35 | | |
| Total Liabilities | | | | 15,381,237.53 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of New Jersey

In re    Fishbein Family, LLC _____ ,    Case No. ____11-34514_____

                                   Debtor

Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Fishbein Family, LLC                         ,    Case No.    11-34514

                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 685 Liberty Avenue, Union, NJ 07083<br>Block 3702, Lot 1 | | - | Unknown | 13,406,380.96 |
| 575 Route 28 Raritan, New Jersey 08869<br>Block 26, Lot 11.02 | | - | Unknown | Unknown |
| 626 N. Thompson Street, Raritan, New Jersey 08869<br>Lot 26, Lot 11.01 | | - | Unknown | Unknown |
| 50 Industrial Road, Berkeley Heights, New Jersey 07922<br>Block 1301, Lot 14.01 | | - | Unknown | Unknown |
| 40 Industrial Road, Berkeley Heights, New Jersey 07922<br>Block 1301, Lot 15 | | - | Unknown | Unknown |
| 816 Garfield Avenue, Jersey City, New Jersey 07302<br>Block 2006.A, Lot 3 | | - | Unknown | 0.00 |
| Delancy Street, South Plainfield, New Jersey 07080<br>Block 255, Lot 14 | | - | Unknown | 0.00 |
| Liberty Avenue Parking Lot, Union, New Jersey 07083<br>Block 3701, Lot 2.01 | | - | Unknown | 0.00 |

Sub-Total >       0.00      (Total of this page)

Total >       0.00

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    Fishbein Family, LLC _____,    Case No. ___11-34514___
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC Bank Checking Account Acct Ending 3543 | - | 1,986.35 |
| | | Sun National Bank Checking Account Acct Ending 3445 | - | 0.00 |
| | | Sun National Bank checking account Acct Ending 0191 | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Elizabethtown Gas | - | 1,050.00 |
| | | Security deposits with Jersey Central Power & Light | - | 4,692.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >      7,728.35
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Fishbein Family, LLC                                              ,          Case No. ____11-34514____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                   0.00
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Fishbein Family, LLC                                    ,    Case No.    11-34514
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and furnishings | - | 4,750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      4,750.00
(Total of this page)
Total >      12,478.35

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Fishbein Family, LLC_____,    Case No. ___11-34514_____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | | |
| Account No. | | | | | cross colateralized with real property located at 40 Industrial Rd, 575 Route 28 | | | | | |
| SPF 2011 Owner, LLC a/k/a Garrison Capit c/o Jay S. Todd, Esq. Sheintoch Todd 1171 Lancaster Ave., Suite 100 Berwyn, PA 19312 | X | - | | | 626 N. Thompson St and 50 Industrial Rd 685 Liberty Avenue, Union, NJ 07083 Block 3702, Lot 1 | | | | | |
| | | | | | Value $            Unknown | | | | 13,406,380.96 | Unknown |
| Account No. | | | | | 575 Route 28 Raritan, New Jersey 08869 Block 26, Lot 11.02 | | | | | |
| SPF 2011 Owner, LLC a/k/a Garrison Capit c/o Jay S. Todd, Esq. Sheintoch Todd 1171 Lancaster Ave., Suite 100 Berwyn, PA 19312 | | - | | | | | | | | |
| | | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | | | 626 N. Thompson Street, Raritan, New Jersey 08869 Lot 26, Lot 11.01 | | | | | |
| SPF 2011 Owner, LLC a/k/a Garrison Capit c/o Jay S. Todd, Esq. Sheintoch Todd 1171 Lancaster Ave., Suite 100 Berwyn, PA 19312 | | - | | | | | | | | |
| | | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | | | 50 Industrial Road, Berkeley Heights, New Jersey 07922 Block 1301, Lot 14.01 | | | | | |
| SPF 2011 Owner, LLC a/k/a Garrison Capit c/o Jay S. Todd, Esq. Sheintoch Todd 1171 Lancaster Ave., Suite 100 Berwyn, PA 19312 | | - | | | | | | | | |
| | | | | | Value $            Unknown | | | | Unknown | Unknown |

| | | | |
| --- | --- | --- | --- |
| __1__ continuation sheets attached | Subtotal (Total of this page) | 13,406,380.96 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Fishbein Family, LLC _____,    Case No. ___11-34514_____
                                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>SPF 2011 Owner, LLC a/k/a Garrison Capit<br>c/o Jay S. Todd, Esq.<br>Sheintoch Todd<br>1171 Lancaster Ave., Suite 100<br>Berwyn, PA 19312 | - | | | 40 Industrial Road, Berkeley Heights, New Jersey 07922<br>Block 1301, Lot 15<br><br>Value $            Unknown | | | | Unknown | Unknown |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 13,406,380.96 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    Fishbein Family, LLC                                   ,     Case No.    11-34514

                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Domestic support obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ Taxes and certain other debts owed to governmental units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ Commitments to maintain the capital of an insured depository institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ Claims for death or personal injury while debtor was intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  Fishbein Family, LLC                                            , Case No.  11-34514
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Block 26, Lot 11.01<br><br>Borough of Raritan<br>Office of the Tax Collector<br>PO Box 145<br>Raritan, NJ 08869 | | - | real estate taxes for 626 N. Thompson Street, Raritan, NJ | | | | 10,101.06 | 0.00 | 10,101.06 |
| Account No.<br><br>Borough of Raritan<br>Office of the Tax Collector<br>PO Box 145<br>Raritan, NJ 08869 | | - | real estate taxes for 575 Route 28, Raritan, NJ | | | | 38,468.44 | 0.00 | 38,468.44 |
| Account No. Block 255, Lot 14<br><br>Borough of South Plainfield<br>Tax Collector<br>2480 Plainfield Ave.<br>South Plainfield, NJ 07080 | | - | real estate taxes for Delancy Street, South Plainfield, NJ | | | | 1,226.36 | 0.00 | 1,226.36 |
| Account No. Block 2006.A, Lot 3<br><br>City of Jersey City<br>Department of Administration<br>Division of Tax Collector's Office<br>280 Grove Street, Room #101<br>Jersey City, NJ 07302 | | - | real estate taxes for 816 Garfield Ave., Jersey City, NJ | | | | 701.36 | 0.00 | 701.36 |
| Account No. Block 1301, Lot 15<br><br>Township of Berkeley Heights<br>Tax Collector<br>29 Park Ave.<br>Berkeley Heights, NJ 07922 | | - | real estate taxes for 40 Industrial Road, Berkeley Heights, NJ | | | | 15,236.25 | 0.00 | 15,236.25 |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 0.00 | |
|---|---|---|---|---|
| | (Total of this page) | 65,733.47 | | 65,733.47 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Fishbein Family, LLC                                    ,    Case No.    11-34514
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Block 1301, Lot 14.01<br><br>Township of Berkeley Heights<br>Tax Collector<br>29 Park Ave.<br>Berkeley Heights, NJ 07922 | - | | real estate taxes for 50 Industrial Road, Berkeley Heights, NJ | | | | 16,375.25 | 0.00<br><br>16,375.25 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 16,375.25 | 0.00<br>16,375.25 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 82,108.72 | 0.00<br>82,108.72 |

B6F (Official Form 6F) (12/07)

In re    Fishbein Family, LLC _____,    Case No. ____11-34514____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| **Account No.**<br><br>A to Z Janitorial Supply, Inc.<br>10 County Line Road, Suite #18<br>Branchburg, NJ 08876 | - | | | | | | | | 594.92 |
| **Account No.**<br><br>Active Disposal Service, Inc.<br>PO Box 1115<br>Somerville, NJ 08876 | | | | | | | | | 877.80 |
| **Account No.**<br><br>Adam Scheppe<br>PO Box 594<br>New Providence, NJ 07974 | - | | | | | | | | 11,244.15 |
| **Account No.**<br><br>ADT Security Systems<br>PO Box 371967<br>Pittsburgh, PA 15250 | - | | | | | | | | 395.24 |

|  |  |
|---|---|
| __8__ continuation sheets attached | Subtotal (Total of this page)    13,112.11 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:31735-110729    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Fishbein Family, LLC                                    ,        Case No.   11-34514
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. All County Irrigation, LLC 1875 Route 23 South Wayne, NJ 07470 | - | | | | | | | 584.00 |
| Account No. Amour Lock & Safe Co., Inc. 240 South Main Street Manville, NJ 08835 | - | | | | | | | 373.96 |
| Account No. Appollo HVAC Corp. 225 North Fehrway Bay Shore, NY 11706 | - | | | | | | | 5,500.00 |
| Account No. Approved Fire Protect Systems 4219 South Clinton Ave. South Plainfield, NJ 07080 | - | | | | | | | 1,392.46 |
| Account No. AVAYA Financial Services Attn: Customer Service PO Box 550599 Jacksonville, FL 32255-0599 | - | | | | | | | 184.88 |

Sheet no.  1   of  8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,035.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC _____,    Case No. ____11-34514____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| C&M Refrigeration 3 Dundar Road Springfield, NJ 07081 | - | | | | | | | 160.52 |
| Account No. | | | | | | | | |
| Cabby Landscaping PO Box 499 Bernardsville, NJ 07924 | - | | | | | | | 128.40 |
| Account No. | | | | | | | | |
| Carrano Air Contracting PO Box 447 Dayton, NJ 08810 | - | | | | | | | 30,891.25 |
| Account No. | | | | | | | | |
| CB Richard Ellis Park 80 West Plaza Two 250 Pehle Ave., 6th Floor Saddle Brook, NJ 07663 | - | | | | | | | 11,511.73 |
| Account No. | | | | | | | | |
| Cicariello Bros., Inc. PO Box 796 South Plainfield, NJ 07080 | - | | | | | | | 254.60 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,946.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC
                                                                                Case No.    11-34514
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Coffee Distribution Center PO Box 766 New Hyde Park, NY 11040 | - | | | | | | | 67.42 |
| Account No. | | | | legal services | | | | |
| Cole Schotz 25 Main Street PO Box 800 Hackensack, NJ 07601 | - | | | | | | | 30,050.25 |
| Account No. | | | | | | | | |
| Comcast PO Box 840 Newark, NJ 07101-0840 | - | | | | | | | 233.60 |
| Account No. UNN-L-5092-10 | | | | judgment | | | | |
| Commercial Realty Associates, Inc. c/o Kenneth L. Winters, Esq. Carella Byrne Cecchi, Olstein, Brody 5 Becker Farm Road Roseland, NJ 07068 | - | | | | | | | 279,959.96 |
| Account No. | | | | legal services | | | | |
| Coughlin Duffy, LLP 350 Mount Kemble Ave. Morristown, NJ 07962 | - | | | | | | | 375,733.15 |

Sheet no.  3   of  8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

686,044.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC                                              ,        Case No.        11-34514
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Delta Safety Systems, Inc. PO Box 345 Cranford, NJ 07016 | - | | | | | | | 1,424.95 |
| Account No. | | | | | | | | |
| Elite Roofing & Maintenance PO Box 726 Wayne, NJ 07470 | - | | | | | | | 16,672.51 |
| Account No. | | | | utility | | | | |
| Elizabethtown Gas PO Box 11811 Newark, NJ 07101-8111 | - | | | | | | | 369.74 |
| Account No. | | | | | | | | |
| Fedex PO Box 371461 Pittsburgh, PA 15250 | - | | | | | | | 313.55 |
| Account No. | | | | | | | | |
| Flatiron Capital Dept. 2195 Denver, CO 80271-2195 | - | | | | | | | 2,434.32 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,215.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC                                                    ,    Case No. _____11-34514_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Floorcom, Inc. 80 N. Dell Avenue, Suite 9 Kenvil, NJ 07847 | | - | | | | | | 13,487.35 |
| Account No. | | | | | | | | |
| Hanover Insurance Company PO Box 580045 Charlotte, NC 28258 | | - | | | | | | 24,513.86 |
| Account No. | | | | | | | | |
| High Tech Landscaping 10 Culnen Drive Branchburg, NJ 08876 | | - | | | | | | 20,694.39 |
| Account No. | | | | accounting service | | | | |
| Hunter Group, Inc. 17-17 Route 208 Fair Lawn, NJ 07410 | | - | | | | | | 35,593.50 |
| Account No. | | | | loans | | | | |
| Iris E. Buchman 24 Winged Foot Drive Livingston, NJ 07039 | | - | | | | | | 923,034.25 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,017,323.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC                                              ,    Case No.    11-34514
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Jersey Central Power & Light<br>76 S. Main Street<br>Akron, OH 44308 | - | utility | | | | | | 12,074.89 |
| Account No.<br><br>Jones Land LaSalle Brokerage, Inc.<br>400 Interpace Parkway<br>Bldg. D, 1st Floor<br>Parsippany, NJ 07054 | - | | | | | | | 15,542.19 |
| Account No.<br><br>Kelly Drye & Warren, LLP<br>5 Sylvan Way<br>Parsippany, NJ 07054 | - | | | | | | | 8,692.58 |
| Account No.<br><br>MacKenzie Door<br>72 Reade Street<br>New York, NY 10007 | - | | | | | | | 974.24 |
| Account No.<br><br>New Jersey American Water<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | - | utility | | | | | | 4,733.21 |

Sheet no.  6   of  8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          42,017.11

B6F (Official Form 6F) (12/07) - Cont.

In re   Fishbein Family, LLC                                    ,          Case No.    11-34514
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Otis Elevator 105 Fairfield Road Fairfield, NJ 07004 | | - | | | | | | 605.41 |
| **Account No.** | | | | | | | | |
| Preferred Pension Planning 991 Route 22 West Bridgewater, NJ 08807 | | - | | | | | | 1,560.00 |
| **Account No.** | | | | utility | | | | |
| PSE&G Attention: Bankruptcy Department PO Box 490 Cranford, NJ 07016 | | - | | | | | | 48,230.29 |
| **Account No.** | | | | | | | | |
| Robert Sferra d/b/a PS Cleaning PO Box 154 Raritan, NJ 08869 | | - | | | | | | 2,653.60 |
| **Account No.** | | | | | | | | |
| Signal Sign Co. 105 Dorsa Ave. Livingston, NJ 07039 | | - | | | | | | 4,382.72 |

Sheet no. _7_ of _8_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           57,432.02

B6F (Official Form 6F) (12/07) - Cont.

In re    Fishbein Family, LLC                                              ,    Case No.    11-34514
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Supreme Security PO Box 775 Union, NJ 07083 | | - | | | | | 330.34 |
| Account No. | | | | | | | |
| Ted Pro Electrical 24 May Street Hopelawn, NJ 08861 | | - | | | | | 1,386.38 |
| Account No. | | | | | | | |
| The Hartford P.O. Box 2907 Hartford, CT 06104-2907 | | - | | | | | 619.80 |
| Account No. | | | For Noticing Purposes Only | | | | |
| Trimont Real Estate Advisors, Inc. 3424 Peachtree Road, Suite 2200 Atlanta, GA 30326 | | - | | | | | 0.00 |
| Account No. | | | utility | | | | |
| Verizon Attn: Bankruptcy Department PO Box 560720 Dallas, TX 75266-0720 | | - | | | | | 2,285.49 |

| | | |
|---|---|---|
| Sheet no. _8_ of _8_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,622.01 |
| | Total (Report on Summary of Schedules) | 1,892,747.85 |

B6G (Official Form 6G) (12/07)

.

In re    Fishbein Family, LLC                                            ,    Case No.    11-34514
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Absolute Protective Systems | |
| Adam Scheppe PO Box 594 New Providence, NJ 07974 | |
| ADT Security Systems PO Box 371967 Pittsburgh, PA 15250 | |
| Baker and Nielsen Holdings, LLC 575 Route 28 Suite #102 Raritan, NJ 08869 | commercial lease |
| Berrios Health Care Solutions 575 Route 28, Suite 201-A Raritan, NJ 08869 | commercial lease |
| Braff 575 Route 28, Suite 202 Raritan, NJ 08869 | commercial lease |
| Brook Custom Cabinetry 685 Liberty Avenue Union, NJ 07083 | commercial lease |
| Coffee Distributing Corp. 685 Liberty Avenue Union, NJ 07083 | commercial lease |
| Comcast 800 Rahway Ave. Union, NJ 07083 | commercial lease |
| Enslow Publishers, Inc. 40 Industrial Road Berkeley Heights, NJ 07922 | commercial lease |
| Entegee, Inc. 626 North Thompson Ave 2nd Floor Raritan, NJ 08869 | commercial lease |
| High Tech Landscaping 10 Culnen Drive Somerville, NJ 08876 | |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Fishbein Family, LLC                                                    ,    Case No.        11-34514
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| I Contracts<br>575 Route 28, Suite 203B<br>Raritan, NJ 08869 | commercial lease |
| Key Environmental<br>575 Route 28, Suite 208<br>Raritan, NJ 08869 | commercial lease |
| Market Access<br>575 Route 28, Suite 206<br>Raritan, NJ 08869 | commercial lease |
| Millennium Martial Arts Academy<br>685 Liberty Avenue<br>Union, NJ 07083 | commercial lease |
| Monson Companies<br>575 Route 28, Suite 205<br>Raritan, NJ 08869 | commercial lease |
| Otis Elevator<br>105 Fairfield Road<br>Fairfield, NJ 07004 | |
| Pitney Bowes | |
| Solenture<br>575 Route 28, Suite 204<br>Raritan, NJ 08869 | commercial lease |
| Supreme Security<br>PO Box 775<br>Union, NJ 07083 | |
| The Reynolds Group<br>626 North Thompson Street<br>Raritan, NJ 08869 | commercial lease |
| Total Rehab/Somerset Spine<br>575 Route 28, Suite 207<br>Raritan, NJ 08869 | commercial lease |
| Tri County CMO<br>575 Route 28, Suite 100<br>Raritan, NJ 08869 | commercial lease |
| Welchman<br>575 Route 28, Suite 202<br>Raritan, NJ 08869 | commercial lease |

Sheet    1    of    1    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Fishbein Family, LLC                                                    ,    Case No.    11-34514
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Iris Buchman<br>24 Winged Foot Drive<br>Livingston, NJ 07039 | SPF 2011 Owner, LLC a/k/a Garrison Capit<br>c/o Jay S. Todd, Esq.<br>Sheintoch Todd<br>1171 Lancaster Ave., Suite 100<br>Berwyn, PA 19312 |

0
_____  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **Fishbein Family, LLC**                                                                    Case No.    **11-34514**
                                                                Debtor(s)          Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2011**                                  Signature   **/s/ Iris E. Buchman**
                                                                        **Iris E. Buchman**
                                                                        **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of New Jersey

In re  **Fishbein Family, LLC**                                          Case No.  **11-34514**

_____                      Chapter  **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,048,195.00** | **2010 - gross rents** |
| **$2,443,111.00** | **2009 - gross rents** |
| **$2,646,297.00** | **2008 - gross rents** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

### 3. Payments to creditors

None    *Complete a. or b., as appropriate, and c.*
■

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
☐    immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **PSE&G**<br>80 Park Plaza<br>Newark, NJ 07102 | **7/15/2011** | **$28,530.11** | **$0.00** |
| **Jersey Central Power & Light**<br>76 S. Main Street<br>Akron, OH 44308 | | **$12,095.07** | **$0.00** |
| **New Jersey American Water**<br>1025 Laurel Oak Road<br>Voorhees, NJ 08043 | | **$3,348.51** | **$0.00** |
| **ADT Security Systems**<br>PO Box 371967<br>Pittsburgh, PA 15250 | | **$1,047.39** | **$0.00** |
| **Hanover Insurance Group** | | **$9,001.80** | **$0.00** |
| **Appollo HVAC Corp.**<br>225 North Fehrway<br>Bay Shore, NY 11706 | | **$2,000.00** | **$0.00** |
| **Avaya**<br>3795 Data Drive<br>Norcross, GA 30092 | | **$71.90** | **$0.00** |
| **Elizabethtown Gas**<br>PO Box 11811<br>Newark, NJ 07101 | | **$777.06** | **$0.00** |
| **Flatiron Capital**<br>Dept. 2195<br>Denver, CO 80271-2195 | | **$1,217.16** | **$0.00** |
| **Federal Express** | | **$612.23** | **$0.00** |
| **All County Irrigation, LLC**<br>1875 Route 23 South<br>Wayne, NJ 07470 | | **$446.26** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Approved Fire Protect Systems**<br>**4219 South Clinton Ave.**<br>**South Plainfield, NJ 07080** | | **$464.59** | **$0.00** |
| **Absolute Fire Protection**<br>**10226 NW 50th Street**<br>**Sunrise, FL 33361** | | **$530.72** | **$0.00** |
| **Borough of Raritan**<br>**Office of the Tax Collector**<br>**PO Box 145**<br>**Raritan, NJ 08869** | | **$106.00** | **$0.00** |
| **Carrano Air Contracting**<br>**PO Box 447**<br>**Dayton, NJ 08810** | | **$2,380.73** | **$0.00** |
| **Otis Elevator**<br>**105 Fairfield Road**<br>**Fairfield, NJ 07004** | | **$1,207.80** | **$0.00** |
| **Township of Union**<br>**Office of the Tax Collector**<br>**1976 Morris Ave.**<br>**Union, NJ 07083** | | **$30,170.59** | **$0.00** |
| **Hillsborough Glass** | | **$690.15** | **$0.00** |
| **Verizon New Jersey**<br>**500 Technology Dr**<br>**Saint Charles, MO 63304** | | **$1,391.81** | **$0.00** |
| **Ted Pro Electrical**<br>**24 May Street**<br>**Hopelawn, NJ 08861** | | **$892.38** | **$0.00** |
| **PS Cleaning Service** | | **$5,098.80** | **$0.00** |
| **Cabby Landscaping**<br>**PO Box 499**<br>**Bernardsville, NJ 07924** | | **$128.40** | **$0.00** |
| **Supreme Security Systems, Inc.**<br>**1565 Union Avenue**<br>**Union, NJ 07083** | | **$561.27** | **$0.00** |
| **Cicariello Bros., Inc.**<br>**PO Box 796**<br>**South Plainfield, NJ 07080** | | **$254.50** | **$0.00** |
| **Granville Davis** | | **$1,420.88** | **$0.00** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | | **$4,223.19** | **$0.00** |
| **Floorcom, Inc.**<br>**80 N. Dell Avenue, Suite 9**<br>**Kenvil, NJ 07847** | | **$6,046.91** | **$0.00** |
| **High Tech Landscaping**<br>**10 Culnen Drive**<br>**Somerville, NJ 08876** | | **$2,090.78** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **A to Z Janitorial Supply, Inc.** **10 County Line Road, Suite #18** **Branchburg, NJ 08876** | | **$481.18** | **$0.00** |
| **Horizon BC/BS of New Jersey** | | **$1,079.22** | **$0.00** |
| **Adam Scheppe** **PO Box 594** **New Providence, NJ 07974** | | **$1,000.00** | **$0.00** |
| **Exxon Mobil** **7322 Southwest Freeway** **Houston, TX 77074** | | **$188.09** | **$0.00** |
| **Active Disposal Service, Inc.** **PO Box 1115** **Somerville, NJ 08876** | | **$853.20** | **$0.00** |
| **Stan Handyman** | | **$3,175.00** | **$0.00** |
| **Comcast** **940 Prospect Street** **Trenton, NJ 08618-3121** | | **$458.72** | **$0.00** |
| **Melanie Gave** | | **$250.00** | **$0.00** |
| **NCO Financial Services** **507 Prudential Road** **Horsham, PA 19044** | | **$228.49** | **$0.00** |
| **Sun National Bank** **226 Landis Ave.** **Vineland, NJ 08360** | | **$519.55** | **$0.00** |
| **Spector & Ehrenworth** | | **$9,200.00** | **$0.00** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Commercial Realty Associates, Inc. v. Fishbein Family, LLC** **Docket No. UNN-L-5092-10** | | **Superior Court of New Jersey, Law Division, Union County** | **Judgment** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Commercial Realty Associates, Inc.** <br> **c/o Kenneth L. Winters, Esq.** <br> **Carella Byrne Cecchi, Olstein, Brody** <br> **5 Becker Farm Road** <br> **Roseland, NJ 07068** | **May 20, 2011** | **TD Bank checking account - acct ending 8984** <br> **$48,887.09** |
| **Commercial Realty Associates, Inc.** <br> **c/o Kenneth L. Winters, Esq.** <br> **Carella Byrne Cecchi, Olstein, Brody** <br> **5 Becker Farm Road** <br> **Roseland, NJ 07068** | **April 2011** | **Bank of America checking account** <br> **Acct ending 7546** |

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

6

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Teich Groh**<br>**691 State Highway 33**<br>**Trenton, NJ 08619** | **8/16/2011** | **$7,500.00 plus filing fee** |

**10. Other transfers**

None
■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD Bank**<br>**540 Morris Avenue**<br>**Springfield, NJ 07081** | **checking account**<br>**acct ending 8984** | **April 2011**<br>**bank levy by Commercial**<br>**Realty Associates, Inc.** |
| **Bank of America** | **checking account**<br>**Acct Ending 7546** | **bank levy by Commercial**<br>**Realty Associates, Inc.** |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None

■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Brook Cabintry**<br>**685 Liberty Ave.**<br>**Union, NJ** | **Security Deposit**<br>**$12,774.00** | |
| **Coffee Distributors**<br>**685 Liberty Ave.**<br>**Union, NJ** | **Security Deposit**<br>**$21,037.50** | |
| **Millenium**<br>**685 Liberty Ave.**<br>**Union, NJ** | **Security Deposit**<br>**$5,100.00** | |
| **I Contracts**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$5,312.50** | |
| **Solenture**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$7,000.00** | |
| **Welchman Braff**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$5,383.33** | |
| **Monson Companies**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$8,775.00** | |
| **Market Access**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$3,625.00** | |
| **Key Environmental**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$7,125.00** | |
| **Baker & Ranells**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$23,793.50** | |
| **Tri-County CMO**<br>**575 Route 28**<br>**Raritan, NJ** | **Security Deposit**<br>**$26,643.75** | |
| **Reynolds & Reynolds**<br>**626 N. Thompson Street**<br>**Raritan, NJ** | **Security Deposit**<br>**$8,946.66** | |
| **Entegee**<br>**626 N. Thompson Street**<br>**Raritan, NJ** | **Security Deposit**<br>**$5,625.01** | |
| **Enslow Publishers**<br>**40 Industrial Road**<br>**Berkeley Heights, NJ** | **Security Deposit**<br>**$29,998.38** | |

8

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------------------------------------|---------------|-----------------------|

9

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Hunter Group, Inc.**<br>**17-17 Route 208**<br>**Fair Lawn, NJ 07410** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

10

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Iris E. Buchman | Managing Member | 63.88280% |
| Michael H. Buchman Trust | member | 14.92375% |
| Jeffrey Buchman Trust | member | 14.92375% |
| Charles Fishbein | member | 2.089900% |
| Fred Fishbein Trust David J. Ritter Trustee | member | 2.089900% |
| Francine Blair Fishbein Trust David J. Ritter Trustee | member | 2.089900% |

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

11

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 31, 2011**                    Signature    **/s/ Iris E. Buchman**
                                                           **Iris E. Buchman**
                                                           **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of New Jersey

In re   **Fishbein Family, LLC**      Case No.   **11-34514**

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.   $ **1,039.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   [Other provisions as needed]
        **For Chapter 7 and Chapter 13 cases, representation of the debtor(s) at the First Meeting of Creditors and first scheduled Confirmation hearing.**
        **For Chapter 11 cases, the above amount represents a retainer and Teich Groh will file a fee application to fix the fees for services rendered by debtor's counsel for all work performed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 31, 2011**            **/s/ Brian W. Hofmeister, Esq.**
                                        **Brian W. Hofmeister, Esq.**
                                        **Teich Groh**
                                        **691 State Highway 33**
                                        **Mercerville**
                                        **Trenton, NJ 08619-4492**
                                        **609-890-1500   Fax: 609-890-6961**

## United States Bankruptcy Court
### District of New Jersey

In re   Fishbein Family, LLC _____ ,   Case No. ___11-34514_____
                                    Debtor

                                                      Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Fishbein | | 2.089900% | |
| Francine Blair Fishbein Trust David J. Ritter Trustee | | 2.089900% | |
| Fred Fishbein Trust David J. Ritter Trustee | | 2.089900% | |
| Iris E. Buchman | | 63.88280% | |
| Jeffrey Buchman | | 14.92375% | |
| Michael H. Buchman | | 14.92375% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___August 31, 2011_____        Signature _/s/ Iris E. Buchman_____
                                                      Iris E. Buchman
                                                      Managing Member

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re    **Fishbein Family, LLC**                Case No.    **11-34514**

                                     Debtor(s)            Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 31, 2011**                      **/s/ Iris E. Buchman**

                                                      **Iris E. Buchman**/**Managing Member**
                                                           Signer/Title

# United States Bankruptcy Court
### District of New Jersey

In re   **Fishbein Family, LLC**                                    Case No.   **11-34514**

                                             Debtor(s)             Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fishbein Family, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**August 31, 2011**                              **/s/ Brian W. Hofmeister, Esq.**

Date                                             **Brian W. Hofmeister, Esq.**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **Fishbein Family, LLC**
                                                 **Teich Groh**
                                                 **691 State Highway 33**
                                                 **Mercerville**
                                                 **Trenton, NJ 08619-4492**
                                                 **609-890-1500 Fax:609-890-6961**